# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR WALTHOUR | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-0068 |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | |

## ORDER

This 2nd day of December, 2020, it is hereby **ORDERED** that Plaintiff's Complaint is

**DISMISSED** for lack of subject matter jurisdiction.  Plaintiff's Requests to Amend, ECF Nos. 6

and 16, are also **DENIED** as neither would cure the jurisdictional defects.  The Clerk is

requested to close this case for statistical purposes.


        /s/ Gerald Austin McHugh
United States District Judge